RECEIPT #
AMOUNT $ 250.00
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED CMG
BY DPTY. CLK.
DATE 6-27-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

NO:

**05 - 1 1 3 4 7 RGS**

| | |
|---|---|
| DAVID S. BOLIVER<br>Plaintiff | ) |
| | ) |
| v. | ) COMPLAINT |
| | ) |
| CHASE MANHATTAN BANK<br>Defendant | ) MAGISTRATE JUDGE |
| | ) |

## COMPLAINT

Now comes the Plaintiff in the above-captioned action, David Boliver, and respectfully states his complaint against the Defendant, CHASE MATTAN BANK, as follows:

1. This is an action for actual damages, statutory damages, injunctive relief, and attorney's fees for violation of the Truth and Lending Act, 15 U.S.C. § 1601 et seq., and Regulation Z issued thereunder.

## JURISDICTION

2. Jurisdiction over this action is conferred on this Court by 15U.S.C. § 1640(e) and 28 U.S.C. §§ 1331, 1337(a), and 1367.

## PARTIES

3. The Plaintiff is a natural person residing at 49 Pearl Street # 51 Everett, Massachusetts 02149.

4. The Defendant is a national bank chartered under the laws of the United States, and a business entity, with offices located at P.O. Box 15902 Wilmington, DE 19850 and doing business under the name CHASE MANHATTAN BANK.

## INTRODUCTORY

5. On or about June 2004, the plaintiff entered into an open-ended credit transaction, namely the opening of a CHASE MANHATTAN BANK charge account, number 5149227389000258, with Defendant.

6. The above-referenced account was used primarily or exclusively for personal, family and/or household purposes.

7. The Defendant submitted periodic statements reflecting extension of credit, and costs and fees.

8. On or about January 22, 2005   the Plaintiff submitted to the Defendant a notice of billing error, pursuant to and in compliance with 12 C.F.R. § 226.13 and 15 U.S.C. § 1666.

9. The Plaintiff sent the Defendant additional billing notices each time the Defendant sent a statement with errors. This typically occurred every month. On or about

February 18, 2005, after receiving an inadequate response from the Defendant, the
Plaintiff notified the Defendant the billing error(s) specified in the initial billing
Error notice was still in dispute.

## FIRST CLAIM RELIEF-FAIR CREDIT BILING ACT FCBA VIOLATIONS

10. The Defendant violated 15 U.S.C. § 1666, on at least one occasion, by failing to
    respond to Plaintiff's billing error notice, in a manner consistent with the statutory
    guidelines.

11. The Defendant violated 15 U.S.C. § 1666, on at least one occasion, by failing to
    comply within the statutory timelines.

12. The Defendant violated U.S.C. § 1666, on at least one occasion by failing to refrain
    from actions prohibiting by statute, prior to complying with the FCBA.

13. The Defendant violated 15 U.S.C. § 1666(a), on at least one occasion, by failing
    to refrain from actions prohibited by the statute, prior to complying with the FCBA.

14. The Defendant violated 15 U.S.C. § 1666a (b), on at least one occasion by failing
    to report the account as "In Dispute" and at the same time notifying plaintiff of
    the name and address of each third party to which such report was made, after

receiving additional correspondence from plaintiff in response to defendant's inadequate
response to the initial billing error notice.

**WHEREFORE**, the Plaintiff respectfully demands judgment, pursuant to 12 C.F.R. §

226 13, 15 U.S.C. § 1640(a), 15 U.S.C. § 169(k), and 15 U.S.C. § 1666(e), against the Plaintiff, as follows:

a. reducing pursuant to U.S.C. §1666(e), Plaintiff's debt to Defendant, its successors and assigns in regards to the subject account, if any such debt exists, by the statutory forfeiture of $50;

b. as twice the financing charges in this case exceeds the statutory cap, an award to Plaintiff of the maximum statutory damages of $1000.00 available pursuant to 15 U.S.C. § 1640)a)(2) (A), for violation of 15 U.S.C. § § 1666 and 1666a;

c. an award to the Plaintiff of the cost of the action, together with a reasonable attorney's fee as determined by the court, pursuant to 15U.S.C. § 1640(a)(3); and

d. enjoining the Defendant:

    (i) to identify to Plaintiff all credit reporting agencies, persons, and entities which it has notified of Plaintiff's alleged delinquency in regard to the account;

    (ii) to notify all such agencies, person, and entities that Plaintiff was not and is not presently delinquent in regard to the account;

    (iii) to refrain forever from notifying any agency, person, or entity that Plaintiff is delinquent in regard to the account until the same shall have been determined by a court of competent jurisdiction;

(e) and such other and further relief as the Court may find to be just and proper.

## DEMAND FOR TRIAL BY JURY

The Plaintiff, David S. Boliver, demands trial by jury on all issues so triable.

Respectfully Submitted
David S. Boliver
By his attorney

Njoroge Kamau
BBO# 659849
54 Harley Drive, Suite 11
Worcester, MA 01606
Tel. 508-767-3900
Fax. 508-767-3990

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)  DAVID -S BOLIVER

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
   rule 40.1(a)(1)).

   ___  I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ✓   III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___  IV.     220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___  V.      150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                            YES ☐        NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28
   USC §2403)

                                                            YES ☐        NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                            YES ☐        NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                            YES ☐        NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                            YES ☐        NO ☐

        A.    If yes, in which division do all of the non-governmental parties reside?

              Eastern Division ☐          Central Division ☐          Western Division ☐

        B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
              agencies,  residing in Massachusetts reside?

              Eastern Division ☐          Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)

                                                            YES ☐        NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  NJoROGE KAMAU

ADDRESS  54 HARLEY DR # 11 WORCESTER, MA 01606

TELEPHONE NO.  508 - 767 - 3900  or  774 - 535 - 1369

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

DAVID S. BOLIVER

**DEFENDANTS**

CHASE MANHATTAN BANK

**(b)** County of Residence of First Listed Plaintiff   MIDDLESEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
NJOROGE LAMAU   508-767-390
54 HARLEY DRIVE   774-535-1369
WORCESTER MA 01601

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1   U.S. Government Plaintiff | ☒ 3   Federal Question (U.S. Government Not a Party) |
| ☐ 2   U.S. Government Defendant | ☐ 4   Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☒ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Truth in Lending

Brief description of cause:
Violation of truth in Lending Statute

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____