UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11347RGS

DAVID S. BOLIVER,
    Plaintiff,

v.

CHASE MANHATTAN BANK,
    Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Chase Manhattan Bank.

Respectfully submitted,
CHASE MANHATTAN BANK,
By its attorney,

_____
Darrell Mook, BBO #: 546754
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Certificate of Service

    I, Darrell Mook, counsel for defendant, hereby certify that on July 20, 2005 I served a copy of the foregoing on all counsel of record, by mailing, first class mail, postage prepaid, to the following:

        Njoroge Kamau, Esq.
        54 Harley Drive, Suite11
        Worcester, MA  01606

_____
Darrell Mook

00932673
99998.113