UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11347RGS

DAVID S. BOLIVER,
        Plaintiff,

v.

CHASE MANHATTAN BANK,
        Defendant.

### DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

The defendant, Chase Manhattan Bank, hereby moves, with the assent of the plaintiff, for an extension of time to answer or otherwise respond to the complaint through and including August 18, 2005.

In support of its motion, counsel for Chase Manhattan Bank states that he received the assignment to defend this matter on July 18, 2005 and requires additional time to respond to the complaint.

| Assented to: | Respectfully submitted, |
|---|---|
| DAVID BOLIVER, | CHASE MANHATTAN BANK, |
| By his attorney, | By its attorney, |
| *(signature)* | *(signature)* |
| Njoroge Kamau, BBO #: 659849 | Darrell Mook, BBO #: 546757 |
| 54 Harley Drive, Suite 11 | Donovan Hatem LLP |
| Worcester, MA 01606 | Two Seaport Lane |
| 508-767-3900 | Boston, MA 02210 |
| | 617-406-4500 |

## Certificate of Service

    I, Darrell Mook, counsel for defendant, hereby certify that on July 20, 2005 I served a copy of the foregoing on all counsel of record, by mailing, first class mail, postage prepaid, to the following:

        Njoroge Kamau, Esq.
        54 Harley Drive, Suite 11
        Worcester, MA  01606



Darrell Mook

00932675
99998.113