UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Daniel Boliner_
Plaintiff(s)

v.

_Chase Manhattan Bank_
Defendant(s)

CIVIL ACTION
NO. _05-11347-RGS_

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _ADR Program_ for the following ADR program:

____ EARLY NEUTRAL EVALUATION        _✓_ MEDIATION
____ MINI-TRIAL                                       ____ SUMMARY JURY TRIAL
____ SETTLEMENT CONFERENCE          ____ SPECIAL MASTER
____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_11/1/05_
DATE

_Richard D. Stearns_
UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | _✓_ | _Truth in Lending_ | |

(adrrefl.ord - 4/29/94)                                                                                           [orefadr.]