UNITED STATES DISTRICT COURT.
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO: 05-11347RGS

DAVID S. BOLIVER,
    Plaintiff

v.

CHASE MANHANTTAN BANK,
    Defendant

## PLAINTIFF DAVID S. BOLIVER CERTIFICATE OF COMPLIANCE WITH L.R.16.1 (D) (3)

Pursuant to Local Rule 16.1(D) (3), plaintiff David Boliver, through his counsel hereby certifies that they have conferred:

a. Regarding the establishment of a budget for the costs of conducting the full course and alternative courses of this litigation; and

b. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.

Respectfully submitted,
David S. Boliver
By his Attorney

Njoroge Kamau, Esq.
BBO# 659849
54 Harley Drive, Suite 11
P.O. Box 60251
Worcester, MA 01606

## CERTIFICATE OF SERVICE

I, Njoroge Kamau, hereby certify that on this 31 day of October, 2005, I caused a copy of the foregoing to be mailed, postage prepaid, to the following counsel of record, Darrell Mook, Donovan Hatem, LLP Two Seaport Lane Boston, Massachusetts 02210.

Date: October 31, 2005

Njoroge Kamau