UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11347RGS

DAVID S. BOLIVER,
        Plaintiff

v.

CHASE MANHATTAN BANK,
        Defendant

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

The plaintiff in the action, Daniel Boliver, and the defendant, Chase Manhattan Bank, whose true and correct name is Chase Bank USA, N.A. ("Chase"), hereby submit this Joint Statement Pursuant to Local Rule 16.1 and propose the following pre-trial schedule for the Court's consideration at the initial scheduling conference set for October 31, 2005.

I. **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

    A.    PROPOSED PRE-TRIAL SCHEDULE AND DISCOVERY PLAN

The parties submit an agreed upon proposed schedule and plan as set forth in Part II, below.

    B.    SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

The parties agree to go to mediation through the ADR Program sponsored by the Federal District Court.

    C.    USE OF MAGISTRATE JUDGE

The parties, at this time, do not to assent to a trial before a Magistrate Judge.

    D.    CERTIFICATION

The parties will file the certifications required by Local Rule 16.1 at or before the Scheduling Conference.

II. **DISCOVERY PLAN AND MOTION SCHEDULE**

The parties jointly propose the following discovery schedule:

1. The parties will make initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2 (A) by December 15, 2005;

2. All non-expert discovery to be completed by April 7, 2006;

3. All non-expert discovery motions to be served and filed by April 20, 2006;

4. Plaintiff's Rule 26 disclosure of expert information to be served by April 28, 2006;

5. Defendant's Rule 26 disclosure of expert information to be served by May 19, 2006;

6. Filing of all motions to compel expert disclosures to be completed by May 26, 2006;

7. Expert discovery, including depositions, to be completed by June 30, 2006;

8. Filing of any other motions, including dispositive motions, by July 28, 2006.

DAVID S. BOLIVER,
By his Attorney,

_____
Njoroge Kamau, (BBO# 659849)
54 Harley Drive, Suite 11
PO Box 60251
Worcester, MA 01606
(508) 767 - 3900

CHASE BANK USA, N.A.,
By its Attorneys,

_____
Darrell Mook (BBO# 546754)
Donovan Hatem, LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 406 - 4500

## Certificate of Service

I, Darrell Mook, hereby certify that on the 26 day of October, 2005, I caused a copy of the foregoing to be mailed, postage prepaid, to the following counsel of record:

>Njoroge Kamau, Esq.
>54 Harley Drive, Suite 11
>Worcester, MA  01606

_____
Darrell Mook

00954611
17103.24