UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-13347RGS

DAVID S. BOLIVER,
    Plaintiff

v.

CHASE MANHATTAN BANK,
    Defendant

### DEFENDANT CHASE MANHATTAN BANK'S
### CERTIFICATE OF COMPLIANCE WITH L.R. 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), defendant Chase Manhattan Bank, whose true and correct name is Chase Bank USA, N.A., f/k/a Chase Manhattan Bank USA, N.A., through their representative, and their counsel hereby certify that they have conferred:

    a.    regarding the establishment of a budget for the costs of conducting the full course and alternative courses of this litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,
CHASE BANK USA, N.A.,
By its Attorneys,

_____
Darrell Mook (BBO# 546754)
Donovan Hatem, LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 406 - 4500

CHASE BANK USA, N.A.,

_____
By: James M. Wyman, Senior Counsel
JP Morgan Chase Legal Department
1 Bank One Plaza
Chicago, IL 60670

Certificate of Service

I, Darrell Mook, hereby certify that on the 2CH day of October, 2005, I caused a copy of the foregoing to be mailed, postage prepaid, to the following counsel of record:

>Njoroge Kamau, Esq.
>54 Harley Drive, Suite 11
>Worcester, MA  01606

Darrell Mook

00954159
17103.24

2