UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

DAVID S. BOLIVER,

    Plaintiff,                                      CIVIL ACTION
v.                                                  NO.   05-11347-RGS

CHASE MANHATTAN BANK,

    Defendant,

## **NOTICE OF AND ORDER REGARDING MEDIATION**

The parties are hereby notified that the court has scheduled a mediation conference for **Monday, May 22, 2006 @ 10:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor. Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement. This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than one (1) day before the conference.** The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                         / s /Timothy S. Hillman
                                                         Timothy S. Hillman
DATED: May 3, 2006                               United States Magistrate Judge