UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11347RGS

| | |
|---|---|
| DAVID S. BOLIVER, )  <br>　　　　　　Plaintiff ) <br> ) <br> v. ) <br> ) <br> CHASE MANHATTAN BANK, ) <br>　　　　　　Defendant ) | |

### ASSENTED TO MOTION TO CONTINUE ADR CONFERENCE

The defendant, Chase Manhattan Bank, whose true and correct name is Chase Bank USA, N.A. ("Chase"), hereby moves, with the assent of all parties, to continue the currently scheduled May 22, 2006 ADR conference to June 6, 2006 at 2:00 p.m.

In support of its motion, Chase states that defense counsel has a prior engagement to commence an estimated two week jury trial on May 15, 2006 in the Essex Superior Court in the matter of *Ostrovsky, et al. v. Sherman Lee, M.D., et al*, Civil Action No. 1999-00972; and that Chase's representative anticipates being on paternity leave commencing on or about May 16, 2006.

WHEREFORE, with the assent of the plaintiff, Chase moves the Court for a continuance of the ADR conference until on or after June 6, 2006 at 2:00 p.m.

ASSENTED TO:

| | |
|---|---|
| DAVID S. BOLIVER, <br> By his Attorney, | CHASE BANK USA, N.A., <br> By its Attorneys, |
| | |
| ___/s/ Njoroge Kamau_____ <br> Njoroge Kamau, (BBO# 659849) <br> 54 Harley Drive, Suite 11 <br> PO Box 60251 <br> Worcester, MA  01606 <br> (508) 767 - 3900 | ___/s/ Darrell Mook_____ <br> Darrell Mook (BBO# 546754) <br> Donovan Hatem, LLP <br> Two Seaport Lane <br> Boston, Massachusetts 02210 <br> (617) 406 - 4500 |

<u>CERTIFICATE OF SERVICE</u>

    I, Darrell Mook, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of May, 2006.

                                _____/s/ Darrell Mook_____