UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11347RGS

| | |
|---|---|
| DAVID S. BOLIVER, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CHASE MANHATTAN BANK, | ) |
| Defendant | ) |

## NOTICE OF APPEARANCE OF JOHN W. MORAN

Please enter the appearance of John W. Moran of Donovan Hatem LLP on behalf of the

defendant Chase Manhattan Bank, whose true and correct name is Chase Bank USA, N.A.

Attorney Darrell Mook also continues to represent the defendant.

Respectfully submitted,
Defendant,
CHASE BANK USA, N.A. (misnamed as
Chase Manhattan Bank),
By its Attorneys,


_____/s/ John W. Moran_____
Darrell Mook (BBO# 546754)
John W. Moran (BBO# 664914)
Donovan Hatem, LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 406 - 4500

<u>CERTIFICATE OF SERVICE</u>

I, John W. Moran, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of June, 2006.

_____/s/ John W. Moran_____