UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID S. BOLIVER,

      Plaintiff,                           CIVIL ACTION
v.                                        NO.   05-11347-RGS

CHASE MANHATTAN BANK,

      Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE STEARNS

HILLMAN, M.J.

On   June 6, 2006      I held the following ADR proceeding:

\_\_\_\_    EARLY NEUTRAL EVALUATION        X    MEDIATION
\_\_\_\_    MINI-TRIAL                      \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_    SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer . Counsel were given until June 19, 2006 to get back to the Court re: Settlement.

The case was:

(X )    Settled.  Your clerk should enter a  30   day order of dismissal.
(  )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(  )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.


June 19,  2006                           /s/ Timothy S. Hillman
Date                                     TIMOTHY S. HILLMAN, M.J.